IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LEWIS POARCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:14-cv-00069 |
| v. ) | Chief Judge Haynes |
| ) | |
| JACOB FRITZ, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Case Management Conference set in this action for Monday, August 25, 2014 at 2:00 p.m. is **RESET** for **Monday, August 18, 2014 at 10:00 a.m.** in the United States Courthouse in Columbia, Tennessee.

It is so **ORDERED**.

ENTERED this the 31st day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge